McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>GABRIEL VICENTE ARAUZA,<br><br>               Defendant. | CASE NO. 2:18-CR-00202-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 2, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status and competency hearing on May 2, 2019.

2. By this stipulation, the defendant now moves to continue the status conference and competency hearing until August 1, 2019, and to exclude time between May 2, 2019, and August 1, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes police reports and the defendant's rap sheet. All of this discovery

has been produced directly to counsel.

        b)      Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with his client, and otherwise prepare for trial in this matter.

        c)      Additionally, the parties are seeking to find a medical practitioner to conduct a competency evaluation of the defendant.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 2, 2019, to August 1, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated:  April 30, 2019                  McGREGOR W. SCOTT
                                   United States Attorney

                                  /s/ JUSTIN L. LEE
                                  JUSTIN L. LEE
                                  Assistant United States Attorney

Dated:  April 30, 2019                    /s/ MATTHEW BOCKMON
                                          MATTHEW BOCKMON
                                          Counsel for Defendant
                                          GABRIEL VICENTE ARAUZA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 30th day of April, 2019.


Troy L. Nunley
United States District Judge