1   McGREGOR W. SCOTT
    United States Attorney
2   JUSTIN L. LEE
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5   Attorneys for Plaintiff
    United States of America
6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-00202-TLN

12                       Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL
13           v.                            ACT; FINDINGS AND ORDER

14  GABRIEL VICENTE ARAUZA,                DATE: July 16, 2020
                                           TIME:  9:30 a.m.
15                       Defendant.        COURT: Hon. Troy L. Nunley

16

17                             **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status hearing on July 16, 2020.

21          2.      By this stipulation, the defendant now moves to continue the status hearing

22  until August 20, 2020, at 9:30 a.m., and to exclude time between July 16, 2020, and

23  August 20, 2020, under Local Code T4.

24          3.      The parties agree and stipulate, and request that the Court find the

25  following:

26          a)      The government has represented that the discovery associated with

27  this case includes police reports and the defendant's rap sheet.  All of this discovery

28  had been produced directly to the defendant's prior counsel.  On May 30, 2019, new

defense counsel was appointed in this case.  Based on concerns that not all the discovery was conveyed by prior counsel, the United States sent another copy of the discovery to new defense counsel on July 30, 2019.

b)    On June 19, 2020, the Court issued an order denying the defendant's motion to suppress.

c)    On July 7, 2020, the parties met and conferred regarding the status of the case and discussed potential resolution of the case.

d)    Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with her client, and otherwise prepare for trial in this matter.

e)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)    The government does not object to the continuance.

g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 16, 2020, to August 20, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 8, 2020                          McGREGOR W. SCOTT
                                              United States Attorney


                                              /s/ JUSTIN L. LEE
                                              JUSTIN L. LEE
                                              Assistant United States Attorney

Dated:  July 8, 2020                          /s/ SHARI RUSK
                                              SHARI RUSK
                                              Counsel for Defendant
                                              GABRIEL VICENTE ARAUZA


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of July, 2020.


                                              _____
                                              Troy L. Nunley
                                              United States District Judge