UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00202 TLN AC |
| Respondent, | |
| v. | ORDER |
| GABRIEL VICENTE ARAUZA, | |
| Movant. | |

Movant has requested the appointment of counsel. ECF No. 93. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See Sanchez v. United States, 50 F.3d 1448, 1456 (9th Cir. 1995) ("[T]here is no constitutional right to counsel at a collateral, post-conviction section 2255 proceeding." (citation omitted)). However, the court may appoint counsel at any stage of the case if "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). Movant's general assertion that counsel would enable him to avoid any procedural errors and "not require him to ferret out the issues that he has presented" do not establish grounds for appointing counsel. Accordingly, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

////

////

////

     Accordingly, IT IS HEREBY ORDERED that movant's request for appointment of counsel (ECF No. 93) is DENIED without prejudice.

DATED: July 9, 2024.

                                               ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE