UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-0202 TLN AC |
| Respondent, | |
| v. | ORDER |
| GABRIEL VICENTE ARAUZA, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion for a sixty-day extension of time to file a reply in support of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 on the ground that he needs time to obtain private counsel to assist him. ECF No. 98. The request for an extension will be granted. However, movant is cautioned that the court will not grant any further extensions of time based on his search for counsel unless he can demonstrate that he has located an attorney interested in taking on his case.

Accordingly, IT IS HEREBY ORDERED that movant's motion for an extension of time (ECF No. 98) is GRANTED and movant shall have sixty days from the filing of this order to file a reply in support of his § 2255 motion.

DATED: July 31, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1