UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>GABRIEL VICENTE ARAUZA,<br><br>Movant. | No. 2:18-cr-0202 DC AC<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion for a sixty-day extension of time to file objections to the June 25, 2025 findings and recommendations. Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that movant's motion for an extension of time (ECF No. 109) is GRANTED and movant shall have sixty days from the service of this order to file any objections.

DATED: July 16, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE