UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>GABRIEL VICENTE ARAUZA,<br><br>Movant. | No.  2:18-cr-0202 DC AC<br><br><br><br>ORDER |

By findings and recommendations filed June 25, 2025, the undersigned recommended that movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be denied because movant had waived his right to collateral appeal in his plea agreement.  ECF No. 108.  Movant has now filed a motion to withdraw his § 2255 motion stating that he has reviewed the plea agreement and agrees that he waived his right to collateral appeal.  ECF No. 112.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion to withdraw his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 112) is GRANTED;

2. Movant's § 2255 motion (ECF No. 89) is WITHDRAWN; and

3. The June 25, 2025 findings and recommendations (ECF No. 108) are VACATED.

DATED: August 4, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE