IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:18-cr-00202 DC |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| GABRIEL VICENTE ARAUZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release. The Federal Defender has determined that this case must be paneled for workload reasons. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Shari Rusk be appointed to represent the above defendant in this case effective *nunc pro tunc* to  March 4, 2026, substituting the Federal Defenders Office appointed per G.O. 595 and G.O. 700. G.O. 700 (The CJA Plan) states that the panel must accept approximately 25% of all District counsel appointments.

///

///

///

-1-

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:    **March 10, 2026**

_____
Dena Coggins
United States District Judge